# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:93CR71

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| ROY BYNUM KEENER | ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* motion for an early termination from supervised release, filed October 28, 2005.

For the reasons stated in the motion, and the Probation Officer and United States Attorney having no objections to the early termination of Defendant's supervised release,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion is **ALLOWED**, and that the Defendant be and is hereby discharged from Supervised Release and the proceedings in this case are terminated.

**Signed: November 28, 2005**

*[signature]*

Lacy H. Thornburg
United States District Judge